# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| SIMPLY L TRUCKING LLC, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-2305-S-BT |
| § | |
| FEDEX FREIGHT, INC., FEDEX § | |
| CORPORATION, LIBERTY MUTUAL § | |
| INSURANCE, and DONALD BRIGANCE § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 6, 2023.

**UNITED STATES DISTRICT JUDGE**